IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YAIRELIS ISABEL SOTO-CASTRO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-198 |
| NIKITA BAKER, et al., | * | |
| Respondents. | * | |
| | * | |

***

**ORDER**

Petitioner Yairelis Isabel Soto-Castro filed a Petition for Writ of Habeas Corpus on January 16, 2026. (ECF No. 1). On a teleconference hearing held today, at which counsel for Soto-Castro and Respondents were present, counsel for Respondents acknowledged that the issues presented in the Petition have been presented to this Court repeatedly and opted to rest on their briefings in other similar cases. Upon review of the Petition and the Respondents' briefings in other similar matters, the Court adopts the reasoning in Velasquez v. Noem, No. GLR-25-3215, 2025 WL 3003684, *3–7 (D.Md. Oct. 27, 2025), and Maldonado v. Baker., No. TDC-25-3084, 2025 WL 2968042, at *5–8 (D.Md. Oct. 21, 2025), and finds that Soto-Castro is subject to 8 U.S.C. § 1226(a)'s discretionary detention framework and is thus eligible for bond. See, e.g., Hernandez-Lugo v. Bondi, No. GLR-25-3434, 2025 WL 3280772, at *3–7 (D.Md. Nov. 25, 2025); Afghan v. Noem, No. SAG-25-04105, 2025 WL 3713732, at *2 (D.Md. Dec. 23, 2025).

Accordingly, it is this 22nd day of January, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Soto-Castro's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Soto-Castro under 8 U.S.C. § 1225(b);

2. Within ten (10) days of the date of this Order, Soto-Castro shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a);

3. Counsel for Soto-Castro is responsible for filing a motion for a bond hearing, and Respondents are not required to return Soto-Castro to Maryland for the bond hearing to take place; and

4. If a bond hearing is not held within ten (10) days of the date of this Order, Respondents shall RELEASE Soto-Castro from custody. If released, Soto-Castro may be subject to reasonable conditions as determined by an IJ.

IT IS FURTHER ORDERED that Soto-Castro is not entitled to costs and fees; and

IT IS FURTHER ORDERED that the parties shall FILE a Joint Status Report within two (2) business days of the bond hearing, stating whether Soto-Castro was granted bond, and, if her request for bond was denied, the reasons for that denial.

                                                       _____/s/_____
                                                       George L. Russell, III
                                                       Chief United States District Judge