IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YAIRELIS ISABEL SOTO-CASTRO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-198 |
| NIKITA BAKER, et al., | * | |
| Respondents. | * | |
| | * | |

\*\*\*

## AMENDED ORDER[1]

Upon consideration of Respondents' Status Report and Request to Modify Order (ECF No. 9) and Petitioner Yairelis Isabel Soto-Castro's Status Report (ECF No. 10), it is this 6th day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Soto-Castro's Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED in that:

1. Respondents are ENJOINED from detaining Soto-Castro under 8 U.S.C. § 1225(b);

2. **Within ten (10) days of the date of the filing of Soto-Castro's motion for a bond hearing**, Soto-Castro shall be AFFORDED a bond hearing before an Immigration Judge ("IJ") under 8 U.S.C. § 1226(a);

---

[1] This Amended Order supersedes the Court's previous Order dated January 22, 2026. (ECF No. 7).

3. Counsel for Soto-Castro is responsible for filing a motion for a bond hearing, and Respondents are not required to return Soto-Castro to Maryland for the bond hearing to take place; and

4. If a bond hearing is not held **within ten (10) days of the date of the filing of Soto-Castro's motion for a bond hearing**, Respondents shall RELEASE Soto-Castro from custody. If released, Soto-Castro may be subject to reasonable conditions as determined by an IJ.

IT IS FURTHER ORDERED that Soto-Castro is not entitled to costs and fees; and

IT IS FURTHER ORDERED that **Soto-Castro shall NOTIFY counsel for Respondents once the bond hearing takes place**, and the Parties shall FILE a Joint Status Report **within five (5) business days of the bond hearing**, stating whether Soto-Castro was granted bond, and, if her request for bond was denied, the reasons for that denial.

_____/s/_____
George L. Russell, III
Chief United States District Judge