IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YAIRELIS ISABEL SOTO-CASTRO, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-198 |
| NIKITA BAKER, et al., | * | |
| Respondents. | * | |
| | * | |

\*\*\*

## ORDER

Upon consideration of the Parties' Joint Status Report (ECF No. 12), it is this 12th day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Respondents shall immediately RELEASE Petitioner Yairelis Isabel Soto-Castro from custody in accordance with this Court's February 6, 2026 Amended Order (ECF No. 11); and

IT IS FURTHER ORDERED that the Parties shall FILE a Joint Status Report no later than February 17, 2026, notifying the Court of Respondents' compliance with this Order.

_____/s/_____
George L. Russell, III
Chief United States District Judge